UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAITLYN LOCKWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:20-CV-458-BO |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,006.00 less the $8,200.00 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act.

**This judgment filed and entered on January 23, 2024, and served on:**
George Piemonte (via CM/ECF Notice of Electronic Filing)
Mark Goldenberg (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

January 23, 2024

/s/ Peter A. Moore, Jr.